**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FORTUNE HI-TECH MARKETING,** | ) | **CASE NO. 4:11CV3063** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **JOSEPH M. ISAACS, and FORTUNE SOCIAL, LLC,** | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 15) recommending that Craig Kibbe's Motion to Quash Subpoena to Testify at a Deposition in a Civil Action (Filing No. 1) be denied as moot, and that this action be closed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 15) are adopted in their entirety;

2. The Motion to Quash Subpoena to Testify at a Deposition in a Civil Action (Filing No. 1) and Motion for Leave to Proceed in Forma Pauperis (Filing No. 2), filed by Movant Craig Kibbe, are denied as moot; and

2. The Clerk of this Court is directed to terminate this action for statistical purposes.

DATED this 21st day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge